CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 17 2017

JULIA C. DUDLEY, CLERK
BY: HMcOmac
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARRELL E. FARLEY,<br>　　Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:15-cv-00352 |
| v. | ) <br> ) | **FINAL ORDER** |
| HAROLD CLARKE, <u>et al.</u>,<br>　　Defendants. | ) <br> ) <br> ) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Defendants' motion to substitute parties is **GRANTED**; Marie Vargo, the VDOC Corrections Operations Administrator, is **JOINED** as a defendant; Plaintiff's motion to amend is **DENIED**; Plaintiff's objections to the Report and Recommendation are **OVERRULED**; the Report and Recommendation is **ADOPTED**; Plaintiff's motion for summary judgment and motion for a preliminary injunction are **DENIED**; Defendants' motion for summary judgment is **GRANTED**; and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 17th day of March, 2017.

　　　　　　　　　　　　　　　　　／s／ Jackson L. Kiser
　　　　　　　　　　　　　　　　　Senior United States District Judge